**JUDGE'S CHAMBERS**

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF VIRGINIA
104 Federal Building & United States Courthouse
180 West Main Street
ABINGDON, VIRGINIA 24210

James P. Jones
Senior United States District Judge

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 11 2022

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

February 11, 2022

Michelle D. Roché
P.O. Box 1272
Virginia Beach, VA 23451

    Re:   Roy L. Andes, Administrator of the Estate
            of Marianne McKay Andes, Deceased v. United States
            Case No. 1:19CV00005

Dear Ms. Roché

    Judge Jones has received your letter dated February 7, 2022. You are advised that a hearing before Judge Jones seeking approval of the proposed settlement has been scheduled for February 22, 2022, at 10:30 a.m., at the United States Courthouse in Abingdon, Virginia.

                                          Sincerely yours,

                                          Sharon Callahan
                                          Assistant to Judge Jones