IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| THE ESTATE OF MARIANNE M. ANDES ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-00005 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant ) | |

**<u>DEFENDANT'S MOTION TO FILE MOTION WITH REDACTIONS</u>**

Defendant moves to include redacted material in a motion to continue the hearing currently set for February 22, 2022. The redacted material contains information from documents filed in this case under seal, ECF Nos. 78, 81, and public disclosure of that information could invade the privacy of non-parties.

An unredacted version of the motion will be provided to the Court and counsel for Plaintiff by email.

A proposed Order is submitted along with this motion.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date: February 17, 2022

*/s/ Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail: sara.winn@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I caused a true copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will distribute copies to all CM/ECF participants.

.

*/s/ Sara Bugbee Winn*
Assistant United States Attorney