# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**MARIANNE M. ANDES (Estate)**
**ROY L. ANDES, Administrator of the Estate of Marianne McKay Andes, Deceased.**

vs.

**THE UNITED STATES**

Action No:   1:19CV00005
Date:   3/11/2022
Judge:   James P. Jones
Court Reporter:   Donna Prather, OCR
Deputy Clerk:   Lottie Lunsford

Plaintiff Attorney(s)
Mark T. Hurt

Defendant Attorney(s)
Sara B. Winn

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1. Roy L. Andes

PROCEEDINGS:
Parties appearing for Approval of Settlement Hearing. Beneficiaries Michelle Roche, Michael Andes, Mark Andes and Matthew Andes appearing via video. Court hears statements as to the approval of settlement. The Court intends to approve the settlement and takes up the matter of distribution of settlement finding there is no agreement among the beneficiaries. Argument heard. The Court finds that equal distribution is appropriate in this case, a written memorandum opinion forthcoming as to the decision of the Court. The Court finds attorney fees submitted and requested are reasonable in this case. Written Order to follow.

Time in Court:   9:04-10:49 a.m. (1 hour, 45 minutes)